Justin Prato SBM 250485
PRATO & REICHMAN, APC
3675 Ruffin Rd., Suite 220
San Diego, California 92123
Telephone: (619) 886-0252
Justinp@prato-reichman.com

Attorney for Plaintiff
PAUL SAPAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI OLIVARES,<br><br>Plaintiff,<br>vs.<br><br>PRO GROUP CORONA, INC. dba KELLER WILLIAMS, | **Case No:** 5:24-cv-01464-JGB-SHK<br><br>**NOTICE OF SETTLEMENT; REQUEST COURT TO RETAIN JURISDICTION UNTIL JUNE 1, 2024** |

Comes now Plaintiff ELI OLIVARES, to notify the Court pursuant to Local Rule 16-15.7 that the parties have reached private settlement of the material issues in dispute in the above captioned case.

The Plaintiff plans to file a Motion To Dismiss The Entire Case With Prejudice no later than January 13, 2025, because the terms of the settlement require an undertaking until that date.  Therefore, we request the Court retain jurisdiction to enforce the agreement or ordered refiling date if dismissed without prejudice by the Court until January 14, 2025.  The Parties will file a request for dismissal with prejudice upon final settlement at or before that time.

DATED: December 11, 2024         **PRATO & REICHMAN, APC**

/s/Justin Prato, Esq.
By: Justin Prato, Esq.
**Prato & Reichman, APC**
Attorneys for Plaintiff,

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause on the date below.

__X__ Via stipulated email

Nathan Fransen
Attorney for Defendant
nathan@fransenandmolinaro.com

DATED: December 11, 2024    **PRATO & REICHMAN, APC**

<u>/s/Justin Prato, Esq.</u>
By: Justin Prato, Esq.
**Prato & Reichman, APC**
Attorneys for Plaintiff,