Justin Prato SBM 250485
PRATO & REICHMAN, APC
3675 Ruffin Rd., Suite 220
San Diego, California 92123
Telephone: (619) 886-0252
Justinp@prato-reichman.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI OLIVARES,<br><br>            Plaintiff,<br>    vs.<br><br>PRO GROUP CORONA, INC. dba KELLER WILLIAMS, | **Case No:** 5:24-cv-01464-JGB-SHK<br><br>**REQUEST TO DISMISS WITH PREJUDICE** |

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

PLAINTIFF HEREBY GIVES NOTICE that the above-captioned action is voluntarily dismissed <u>with prejudice</u> against the sole defendant, PRO GROUP CORONA, INC. dba KELLER WILLIAMS, and as to all causes of action pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i). The Defendant has not filed or served an answer nor motion for summary judgment, therefore this

- 1 -

Request to Dismiss

Notice serves as the dismissal with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).

DATED: January 7, 2025  **PRATO & REICHMAN, APC**

/s/Justin Prato, Esq.
By: Justin Prato, Esq.
Prato & Reichman, APC
Attorneys for Plaintiff,

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause on the date below.

__X__ Via stipulated email

Nathan Fransen
Attorney for Defendant
nathan@fransenandmolinaro.com

DATED: January 7, 2025        **PRATO & REICHMAN, APC**

/s/Justin Prato, Esq.
By: Justin Prato, Esq.
**Prato & Reichman, APC**
Attorneys for Plaintiff,