# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI OLIVARES,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>PRO GROUP CORONA, INC. dba KELLER WILLIAMS,<br><br>　　　　　　Defendant | Case No.: 5:24-cv-01464-JGB-SHK<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

The Court, having considered the Plaintiff's Request for Dismissal with Prejudice, hereby ORDERS that:

　　1. Plaintiff's individual claims in the above-captioned action are dismissed with prejudice;

**IT IS SO ORDERED.**

Dated: January 22, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Jesus G. Bernal
　　　　　　　　　　　　　　　　　　　　　United States District Judge